UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Tara Mikenas,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Las Vegas Metropolitan Police Department,<br><br>　　　　　　Defendant. | Case Nos. 2:23-cv-00987-GMN-DJA<br><br>**Order Consolidating Cases** |
| Tara Mikenas,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Las Vegas, P.D.,<br><br>　　　　　　Defendant. | 2:23-cv-01204-RFB-VCF |

　　　　This matter is before the Court on its review of the docket. Plaintiff initially filed an application to proceed *in forma pauperis* for her claims against the Las Vegas Metropolitan Police Department ("LVMPD") in the District of Columbia. (*Mikenas v. Las Vegas P.D.*, Case No. 2:23-cv-01204-RFB-VCF (hereinafter "*Las Vegas P.D. Case*") at ECF No. 3). She alleges that LVMPD violated her rights by falsely arresting her, failing to *Mirandize* her, restraining her for an inordinate amount of time which resulted in an injury to her wrist, denying her food and water, disparaging her, and forcing her to take off her shirt. (*Id.*). Before deciding her *in forma pauperis* application, the District of Columbia Court determined that venue in that District was improper and, on April 17, 2023, ordered the case transferred to the District of Nevada. (*Id.*). The case was transferred on July 31, 2023. (*Las Vegas P.D. Case* at ECF No. 4).

　　　　Between the time District of Columbia entered the order transferring the case and the time the District of Nevada received it, Plaintiff filed a new case in the District of Nevada on June 27,

2023. (*Mikenas v. Las Vegas Metropolitan Police Department*, Case No. 2:23-cv-00987-GMN-DJA (hereinafter "*LVMPD Case*")). Plaintiff's claims in her new case are nearly identical to those in her original case. Plaintiff also filed an application to proceed *in forma pauperis* in her new case, which application the Court denied without prejudice on June 29, 2023. (*LVMPD Case* at ECF No. 4). The Court gave Plaintiff until July 31, 2023 to either file a complete application to proceed *in forma pauperis* or pay the filing fee. To date, Plaintiff has not filed anything new in either case. Because Plaintiff's cases are identical, the undersigned judges assigned to the cases captioned above have consulted and find that consolidation of the actions is appropriate under Federal Rule of Civil Procedure 42(a)(2) and Local Rule 42-1(b).

**IT IS THEREFORE ORDERED** that *Mikenas v. Las Vegas P.D.*, No. 2:23-cv-01204-RFB-VCF and *Mikenas v. Las Vegas Metropolitan Police Department*, No. 2:23-cv-00987-GMN-DJA shall be consolidated.

**IT IS FURTHER ORDERED** that *Mikenas v. Las Vegas Metropolitan Police Department*, No. 2:23-cv-00987-GMN-DJA shall be the base/lead case and all future documents must bear said base/lead case number.

**IT IS FURTHER ORDERED** that all filings filed in the base/lead case be deemed to have also been filed in the consolidated case *Mikenas v. Las Vegas P.D.*, No. 2:23-cv-01204-RFB-VCF.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **October 16, 2023** to either file a complete *in forma pauperis* application or pay the filing fee as specified in the order filed at ECF No. 4 in *Mikenas v. Las Vegas Metropolitan Police Department*, No. 2:23-cv-00987-GMN-DJA. **Failure to do so may result in the dismissal of this case.**

**IT IS FURTHER ORDERED** that Plaintiff's *in forma pauperis* application filed into *Mikenas v. Las Vegas P.D.*, No. 2:23-cv-01204-RFB-VCF at ECF No. 2 is **denied without prejudice.**

///

**IT IS FURTHER ORDERED** that this Joint Order shall be filed in each of the pending cases in accordance with LR 42-1(b).

DATED: September 14, 2023

_____  
GLORIA M. NAVARRO  
UNITED STATES DISTRICT JUDGE

_____  
RICHARD F. BOULWARE, II  
UNITED STATES DISTRICT JUDGE

_____  
DANIEL J. ALBREGTS  
UNITED STATES MAGISTRATE JUDGE

_____  
CAM FERENBACH  
UNITED STATES MAGISTRATE JUDGE